UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOLORES SHEPPARD,

       Plaintiff,                            CASE NO.:  6:16-CV-00230-JA-GJK

v.

BLUESTEM BRANDS, INC. D/B/A
FINGERHUT,

       Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Dolores Sheppard, and Defendant, Bluestem Brands, Inc., d/b/a Fingerhut, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 18th day of April, 2016

| | |
|---|---|
| */s/Jared M. Lee* | */s/Kimberly A. Koves* |
| Jared Lee, Esquire | Kimberly A. Koves, Esq. |
| Morgan & Morgan, Tampa, P.A. | Wiand Guerra King P.A. |
| 20 N. Orange Ave., Suite 1600 | 5505 West Gray St. |
| Orlando, FL 32801 | Tampa, FL 33609 |
| Tele: (407) 420-1414 | Tele: (813) 347-5100 |
| Fax: (407) 245-3484 | Fax: (813) 347-5198 |
| JLee@ForThePeople.com | kkoves@wiandlaw.com |
| Florida Bar#: 0052284 | Florida Bar#: 100282 |
| Attorney for Plaintiff | Attorney for Defendant |